THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:22-cv-00135-MR-WCM

| | | |
|---|---|---|
| **JEFFREY SCOTT SMITH,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **COMMISSIONER OF THE SOCIAL** | ) | |
| **SECURITY ADMINISTRATION,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Summary Judgment [Doc. 10]; the Defendant's Social Security Brief[1] [Doc. 13]; and the Magistrate Judge's Memorandum and Recommendation [Doc. 15].

Pursuant to 28 U.S.C. § 636(b) and a specific Order of referral of the District Court, the Honorable W. Carleton Metcalf, United States Magistrate Judge, was designated to consider the briefs filed in the above-captioned

---

[1] The Defendant's Brief was filed after the implementation of the Supplemental Rules for Social Security Actions, which provides for the filing of briefs in lieu of dispositive motions in a Social Security appeal.

action and to submit to this Court a recommendation for the disposition of this matter.

On August 29, 2023, the Magistrate Judge filed a Memorandum and Recommendation [Doc. 15] in this case containing proposed findings of fact and conclusions of law in support of a recommendation regarding the disposition of this matter. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service. The period within which to file objections has expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Memorandum and Recommendation [Doc. 15], the Court finds that the proposed findings of fact are correct and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's recommendation that the Plaintiff's Motion for Summary Judgment should be granted and this case should be remanded for further proceedings.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 15] is **ACCEPTED**, and the Plaintiff's Motion for Summary Judgment [Doc. 10] is **GRANTED.**

**IT IS FURTHER ORDERED** that, pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the decision of the Commissioner under Sentence Four of 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED**, and this case is hereby **REMANDED** to the Commissioner for further administrative action consistent with this Order.

A judgment shall be entered simultaneously herewith.

**IT IS SO ORDERED.**

Signed: September 18, 2023

Martin Reidinger
Chief United States District Judge

3

Case 1:22-cv-00135-MR-WCM   Document 16   Filed 09/18/23   Page 3 of 3